IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LAFITTE DUMONDE, | ) |
|     Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv855-D |
| UNITED STATES OF AMERICA, et al., | ) WO ) |
|     Respondents. | ) ) |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed October 5, 2005 (Doc. No. 4), and Petitioner's Objections, filed October 20, 2005 (Doc. No. 5), and having independently reviewed the file in this case, it is ORDERED as follows:

    1.  Petitioner's Objections be and the same are hereby OVERRULED;

    2.  The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

    3.  This cause be and the same is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404(a).

    DONE this 26th day of October, 2005.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE